UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| IN RE EDISON INTERNATIONAL DERIVATIVE LITIGATION | Lead Case No. 2:19-cv-00651 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **ORDER GRANTING STIPULATION REGARDING STAY OF ACTION** |

PURSUANT TO STIPUATION AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. This action shall remain stayed in light of other pending litigation relating to the Southern California wildfires;

2. All other terms of the Court's March 21, 2019 Order shall continue to apply to the stay; and

3. The parties shall submit to the Court joint status reports every six months from the date of the Court's Order on this stipulation.

DATED: June 24, 2021

The Hon. Stephen V. Wilson
United States District Judge

-1-
[PROPOSED] ORDER GRANTING STIPULATION REGARDING STAY OF ACTION