UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE EDISON INTERNATIONAL DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 2:19-cv-00651<br><br>**ORDER GRANTING STIPULATION REGARDING VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 41** |

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. This action is dismissed without prejudice as to Plaintiffs, Nominal Defendants, and/or any other shareholder of Nominal Defendants.

2. The Parties shall bear their own fees and costs in connection with the action.

DATED: February 14, 2024

_____
The Hon. Stephen V. Wilson
United States District Judge